UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHANE WILLIAMS,

Petitioner,

v.

ROB MUNDT, Warden,
FCI-Waseca,

Respondent.

Civil No. 01-862 (PAM/JMM)

ORDER

Petitioner, a federal prisoner confined at the Federal Correctional Facility, Waseca, Minnesota, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that Respondent is wrongly extending the duration of his confinement by improperly depriving him of certain good time credits.

No later than May 30, 2001, Respondent shall file a written response to Petitioner's "Motion For Prompt Disposition." (Docket No. 2).

The Respondent is also directed to make a return in writing on or before June 15, 2001, showing the true cause of Petitioner's confinement, the expected duration of Petitioner's confinement, and any just reason(s) for not granting the writ.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to substantiate the lawfulness and expected duration of Petitioner's confinement;

2) A reasoned memorandum of law and fact fully stating Respondent's legal position and recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in light of statutory requirements and other pertinent authority;

FILED MAY 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

3) Certified copies of all court documents and/or prison records that may be material to the issues raised by the petition.

The Court will entertain a motion to grant the relief requested in the Petition if a written return is not filed by June 15, 2001, as required by this Order.

IT IS FURTHER ORDERED THAT upon the filing of this Order, the parties shall await the further order of this Court.

Dated: May 23, 2001

JOHN M. MASON
United States Magistrate Judge