UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHANE WILLIAMS, CIVIL NO. 01-862 (PAM/JMM)

Petitioner,

v. ORDER

ROB MUNDT,

Respondent.

The above matter is before the Court on Petitioner's Motion for Prompt Disposition [Docket No. 2]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner's Motion for Prompt Disposition [Docket No. 2] is granted.

Dated: June 4, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

Petitioner seeks an Order from the Court (1) directing Respondent to show cause for Petitioner's confinement, and (2) granting an expedited hearing on the Petition. Petitioner's first request is moot - we have ordered Respondent to make a return in writing on or before June 15, 2001.

With regard to Petitioner's second request, he does not provide specific dates for the relief sought. The Court is cognizant of the fact that the ultimate relief sought by Petitioner is a change in his release date from December 6, 2001 to October 26, 2001. If

FILED JUN 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

the Court concludes that a hearing is necessary, it will issue an Order setting a hearing date which will allow the Court to render a decision on the Petition well prior to October 26, 2001.

J.M.M.