UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTOINE Y. EL HANI,

Petitioner,

CIVIL NO. 01-819 (ADM/JMM)

v.

ROB MUNDT, Warden
FCI-Waseca,

Respondent.

---

SHANE WILLIAMS,

CIVIL NO. 01-862 (PAM/JMM)

Petitioner,

v.

ROB MUNDT, Warden
FCI-Waseca,

Respondent

ORDER FOR CONSOLIDATION

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Pursuant to the provisions of Rule 42(a), the matters of ANTOINE Y. EL HANI V. ROB MUNDT, 01-CV-819 (ADM/JMM) and SHANE WILLIAMS V. ROB MUNDT, 01-CV-862 (PAM/JMM) are consolidated for all purposes. The Clerk may close Civil File No. 01-862 (PAM/JMM) and merge the contents thereof with Civil File No. 01-819 (ADM/JMM).

FILED AUG 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2. All pleadings hereafter filed in these consolidated matters shall bear the caption ANTOINE Y. EL HANI and SHANE WILLIAMS, Petitioners v. ROB MUNDT, Warden FCI-Waseca, Respondent, Civil File No. 01-819 (ADM/JMM).

Dated: August 14, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

The issues raised by each Complaint appear to involve basically the same transactions or occurrences. The Court has issued this Order of consolidation sua sponte, because these cases appear on the surface to so closely fit the standards set forth in Rule 42 of the Federal Rules of Civil Procedure.

J.M.M.