UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTOINE YOUSSEF EL HANI,

Plaintiff,

ORDER

v.

Civil No. 01-819(ADM/JMM)

ROBERT MUNDT,

Defendant.

SHANE WILLIAMS,

Plaintiff,

v.

Civil No. 01-862(PAM/JMM)

ROBERT MUNDT,

Defendant.

Case No. 01-819 having been assigned to Judge Ann D. Montgomery and Case No. 01-862 having been assigned to Judge Magnuson, said matters being related cases;

IT IS HEREBY ORDERED that Case No. 01-862 be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Habeas Corpus list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: August 9, 2001

JUDGE PAUL A. MAGNUSON
UNITED STATES DISTRICT COURT

Dated: August 10, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED AUG 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge Ann D. Montgomery and Magistrate Judge John M. Mason.

CASE NUMBER 01-862 ADM/JMM

Use this case number for all further filings.